UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM KNUDSEN,<br><br>             Petitioner,<br>     v.<br><br>PENELOPE SAPP,<br><br>             Respondent. | CASE NO. 3:25-cv-05704-KKE-DWC<br><br>ORDER |

The District Court has referred this *pro se* federal habeas action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. On October 7, 2025, the Clerk's Office informed Petitioner Adam Knudsen that he had submitted materials containing personal identifiers that must be redacted per Federal Rule of Civil Procedure 5.2(a) and Local Rule of Civil Procedure 5.2 and directed him to refile a redacted version of the document. *See* docket.

On November 4, 2025, the Court received *ex parte* communication from Petitioner requesting the matter proceed without providing redacted materials. The Court will not consider or respond to any *ex parte* communications from any party. Therefore, Petitioner may submit any

ORDER - 1

request for relief through a motion filed in accordance with the local rules and Federal Rules of Civil Procedure.

Dated this 5th day of November, 2025.

                                                David W. Christel
                                                United States Magistrate Judge

ORDER - 2