UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM KNUDSEN,

Petitioner,

v.

PENELOPE SAPP,

Respondent.

CASE NO. 3:25-cv-05704-KKE-DWC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Magistrate Judge David W. Christel issued a Report and Recommendation in the above-captioned matter recommending that this case be dismissed without prejudice for failure to exhaust available state court remedies in accordance with 28 U.S.C. § 2254(b)(1)(A).  Dkt. No. 23.  Petitioner filed objections to the Report and Recommendation arguing that extraordinary circumstances warrant excusing his failure to exhaust, citing an ongoing Qui Tam action and alleged threats against Petitioner and his family members.  Dkt. No. 24.  The Court overrules Petitioner's objections, and agrees with Judge Christel that Petitioner has not established good cause for failure to exhaust.  Moreover, notwithstanding his objections, Petitioner alternatively requested that this action be dismissed without prejudice so that he may pursue exhaustion in state court.  The undersigned again agrees with Judge Christel that this relief is appropriate.

Accordingly, the Court, having reviewed the Report and Recommendation and Petitioner's objections thereto, and the remaining record, does hereby find and ORDER:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed without prejudice for failure to exhaust available state court remedies in accordance with 28 U.S.C. § 2254(b)(1)(A).

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2